**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 206 WAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JAMAR FOSTER, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of April, 2024, the Petition for Allowance of Appeal is **GRANTED.** The issue, as condensed and rephrased for clarity by the Court, is:

> Whether the Superior Court erred in affording too much weight to Petitioner's temporal and spatial proximity to a ShotSpotter alert in assessing whether reasonable suspicion existed to support a *Terry* stop.